# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Herman Lewis<br><br>*Plaintiff*<br>v.<br>Dr N Rendleman, Dan Delp, John Rogers and Mary Beth Flygare<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 4:16-cv-05136-EFS<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss, ECF No. 33, is GRANTED. Complaint, ECF No. 13, is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on Plaintiff's motion to Voluntarily Dismiss, ECF No. 33, GRANTED. Complaint, ECF No. 13, DISMISSED WITHOUT PREJUDICE.

Date: 5/3/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*